2/13/25, 12:50 PM                              61,655 unread - reeveskeisha@yahoo.com - Yahoo Mail

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case Number: (To be assigned)

Plaintiff:
Keisha Samonna Hill Reeves
3183 Terrace Ct, Apt E
Peachtree Corners, GA 30092

Defendants:

1. Westlake Financial Services
   4751 Wilshire Blvd, Suite 100
   Los Angeles, CA 90010

2. King of Auto Sales
   4991 Memorial Drive
   Stone Mountain, GA 30083

3. Hill & Associates
   1100 S Cobb Dr SE
   Marietta, GA 30060
   Phone: (770) 499-1801



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 14 2025

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

1:25-CV-0760

## COMPLAINT

1. Jurisdiction & Venue
   This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, as this case involves violations of federal law, specifically 15 U.S.C. § 1691 (Equal Credit Opportunity Act). Venue is proper as the contract was signed in Stone Mountain, GA, and the wrongful repossession occurred within this Court's jurisdiction.

2. Statement of Facts

- On August 30, 2022, I entered into a financing agreement with King of Auto, located at 4991 Memorial Drive, Stone Mountain, GA.

- Westlake Financial was assigned or assumed financing of this transaction.

- At the time of signing, I was not aware of nor did I fully understand the proper process required by law regarding my rights in this transaction.

- I later requested proof of the original purchase agreement, including my electronic signature.

- The defendants failed to provide this document, despite multiple requests.

- Truth in Lending Act (TILA) violations occurred as I was not properly informed of the terms of credit.

- My rights under 15 U.S.C. § 1691 (Equal Credit Opportunity Act) were violated, as I was unfairly denied information critical to my credit transaction.

- Additionally, Hill & Associates, a repossession company located in Marietta, GA, wrongfully repossessed my vehicle without a valid contract or proper legal authority.

- I never signed any agreement with Hill & Associates, yet they took possession of my vehicle without providing me proper notice or documentation.

- Due to the defendants' actions, I have suffered financial losses, emotional distress, and hardship, as I rely on my vehicle for transportation and work.

3. Claims for Relief

- Breach of Contract (King of Auto & Westlake Financial): Defendants failed to provide essential documentation as required.

- Violation of the Truth in Lending Act (TILA) (King of Auto & Westlake Financial): Failure to disclose required information.

- Violation of the Equal Credit Opportunity Act (ECOA) (King of Auto & Westlake Financial): Unfair lending practices and denial of essential credit information.

- Wrongful Repossession (Hill & Associates): Defendant repossessed my vehicle without a valid contract or legal authority.

- Violation of Consumer Protection Laws (Hill & Associates): Defendant failed to follow the proper legal process for repossession.

4. Relief Requested
   I respectfully demand that the Court order the following:

5. A full refund of all payments made toward the vehicle, including the down payment and monthly payments, plus interest.

6. Compensatory damages of $50,000 for financial loss, emotional distress, and hardship caused by the defendants' actions.

7. Punitive damages in an amount to be determined by the Court to deter future unlawful practices by the defendants.

8. Statutory damages for violations of the Equal Credit Opportunity Act (15 U.S.C. § 1691) and Truth in Lending Act (TILA).

9. An order for Westlake Financial and King of Auto to provide the original purchase agreement with my electronic signature.

10. An order for Hill & Associates to return my vehicle immediately or compensate me for its value.

11. Legal fees and court costs (if applicable).

Signature:
Keisha Samonna Hill Reeves